IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 17 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

JEROME GRAVES                                                                PLAINTIFF

VS.                    CASE NO.  3:10CV00292-BSM

FAMILY DOLLAR STORES, INC.                                                   DEFENDANT

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this __17__ day of __November__, 20_10_.

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: _____
Deputy Clerk