UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JEROME GRAVES,<br><br>　　　　　　Plaintiff,<br>v.<br><br>FAMILY DOLLAR STORES, INC.,<br><br>　　　　　　Defendant. | Case No: 3:10cv00292-BSM |

VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JEROME GRAVES, has resolved this matter and hereby requests this Court to dismiss the instant lawsuit WITH PREJUDICE.

This the 14 day of December, 2010,

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Jerome Graves, Pro Se
　　　　　　　　　　　　　　　　　　　　　　　405 Birdie Drive, Apartment #8
　　　　　　　　　　　　　　　　　　　　　　　Marion, AR 72364
　　　　　　　　　　　　　　　　　　　　　　　901.297.5838

**So Ordered:**

_____　　　　1/5/2011
**U.S. District Judge**　　　　　　　　　**Date**

Page 10 of 10